# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131427

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

HERMAN ROBERT GUINN,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131427
COA: 268892
Lenawee CC: 04-011193-FH

On order of the Court, the application for leave to appeal the April 19, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk

t0918